UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TYNAJAH WILLIAMS,

                    Plaintiff(s),

        v.

CENTRAL KITSAP SCHOOL DISTRICT,
et al.,

                    Defendant(s).

CASE NO. C25-5963-KKE

ORDER ON JOINT STATUS REPORT

This matter comes before the Court on its own motion to address a discrepancy as to whether a jury demand has been made.  In their joint status report, the parties state that they "have not yet requested a jury trial and request that the Court set a deadline to request a jury trial within 60 days of the 26(f) conference."  Dkt. No. 17. at 6.  However, in a separate paragraph, Plaintiff, who is proceeding pro se, offers her position to clarify that she "requested a jury trial in the Complaint and maintains that request," and that "Defendant does not object to this request."  *Id.* at 8.  The joint status report is signed by both Plaintiff, representing herself, and counsel for Defendants.  *Id.* at 8–9.

Upon review of the Complaint, the Court finds that Plaintiff has made a jury demand.  Specifically, on October 28, 2025, Plaintiff filed her complaint, entitled "COMPLAINT against All Defendants with JURY DEMAND."  Dkt. No. 1.  Using this District's Form Civil Complaint for pro se litigants, to the right of the case caption, Plaintiff checked "Yes" next to "Jury Trial."

ORDER ON JOINT STATUS REPORT - 1

*Id.* at 1.  As such, Plaintiff has satisfied Federal Rule of Civil Procedure 38, which states that "a party may demand a jury trial by" "serving the other parties with a written demand—which may be included in a pleading[.]"  Fed. R. Civ. P. 38(b).

The Clerk is directed to enter a jury trial case schedule based upon the parties' joint status report and the Court's standard offsets.

Dated this 20th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ON JOINT STATUS REPORT - 2